[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 25-12210

Non-Argument Calendar

_____

FELISSA GRISSETT,

Plaintiff-Appellant,

*versus*

HAYNES BRIDGE DENTAL CARE,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:25-cv-03561-MHC

_____

Before BRANCH, GRANT, and LAGOA, Circuit Judges.

PER CURIAM:

Two days after filing the complaint that initiated this action, Felissa Grissett, *pro se*, filed a notice of appeal. Her notice appears to complain of the district judge assigned to this case and several other cases she filed around the same time.

We lack jurisdiction over this appeal because, at the time the notice of appeal was filed, the district court had not entered any order, much less one that is final and appealable. *See* 28 U.S.C. § 1291; *Bogle v. Orange Cnty. Bd. of Cnty. Comm'rs*, 162 F.3d 653, 661 (11th Cir. 1998) (explaining that a notice of appeal must designate an already existing final judgment or order); *Acheron Cap., Ltd. v. Mukamal*, 22 F.4th 979, 986 (11th Cir. 2022) (stating that an appealable final order ends the litigation on the merits and leaves nothing for the court to do but execute its judgment).

Accordingly, this appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. All pending motions are DENIED as moot.